# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| REYDEL QUINTANA, DAT TAN TRAN, and AGNES CHO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADIENT PHARMACEUTICALS CORPORATION, DOUGLAS C. MACLELLAN, and AKIO ARIURA,<br><br>Defendants. | **CASE NO. SACV 11-00406 DOC (MLGx)**<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

DLA Piper LLP (US)
Los Angeles

WEST\237305457.1

1   IT IS HEREBY ORDERED that the Stipulated Protective Order proposed by
2  Plaintiffs and Defendants Radient Pharmaceuticals Corporation, Douglas C.
3  MacLellan, and Akio Ariura ("Defendants"), through their respective counsel, and
4  pursuant to Civil Local Rule 79-5.1, is entered.

6   IT IS SO ORDERED.

8  Dated:  August 10, 2012   _____
                              Hon. Marc L. Goldman
9                             United States Magistrate Judge