Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VINH NGUYEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RADIENT PHARMACEUTICALS CORPORATION, DOUGLAS C. MACLELLAN, and AKIO ARIURA,<br><br>Defendants. | No.: CV-11-0406-DOC (MLGx)<br><br>CLASS ACTION<br><br>REPLY DECLARATION OF LAURENCE M. ROSEN IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Hon. David O. Carter<br><br>Hearing Date: November 5, 2012<br>Time: 8:30 a.m.<br>CTRM: 9D (West Fourth Street) |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing attorney of The Rosen Law Firm, P.A., attorneys for Reydel Quintana, Dat T. Tran, and Agnes Cho ("Plaintiffs"). I make this reply declaration in support of Plaintiffs' motion for class certification. I have

0

personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1    Excerpts of Deposition Transcript of Kathleen Anderson dated August 9, 2012;

    Exhibit 2    Excerpts of Deposition Transcript of Laura Hanson dated August 9, 2012; and

    Exhibit 3    Declaration of Howard Mulcahey, dated October 12, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 12th day of October 2012.

                            <u>/s/ Laurence M. Rosen</u>
                            Laurence M. Rosen

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 12, 2012 I electronically filed the following REPLY DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 12, 2012.

/s/ Laurence M. Rosen
Laurence M. Rosen