Laurence M. Rosen, Esq. (SBN 219683)
Phillip Kim, Esq. (pro hac vice)
Jonathan Horne, Esq. (pro hac vice)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VINH NGUYEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>RADIENT PHARMACEUTICALS CORPORATION AND DOUGLAS C. MACLELLAN,<br><br>Defendants. | CASE No.:CV-11-0406-DOC (MLGx)<br><br><u>CLASS ACTION</u><br><br>**RE-NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Hon. David O. Carter<br>Hearing Date: January 27, 2014<br>Time: 8:30 a.m.<br>Courtroom: 9D |

PLEASE TAKE NOTICE that this motion (dkt. #124) was erroneously noticed for January 20, 2014, at 8:30 a.m., which is a Court Holiday.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby re-notice the Motion for January 27, 2014, at 8:30 a.m. Lead Plaintiffs will move this Court, the Honorable David O. Carter, United States District Judge of the United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, California 92701 for entry of an Order (a) preliminarily approving the settlement between Plaintiffs and defendants Radient Pharmaceuticals Corporation and Douglas C. MacLellan (the "Radient Defendants"); (b) approving the notice to the Class of the Proposed Settlement, in substantially the same form as the Notice of Proposed Settlement of Class Action; and (c) scheduling a final approval hearing for a date at the Court's convenience. The Defendants do not oppose the relief requested by this motion.

Date: December 20, 2013            Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
Phillip Kim, Esq. (pro hac vice)
Jonathan Horne, Esq. (pro hac vice)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Class Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On December 20, 2013, I electronically filed the following **RE-NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on December 20, 2013.

/s/ Laurence Rosen
Laurence M. Rosen