**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
Phillip Kim (admitted *pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
E-mail: lrosen@rosenlegal.com
E-mail: pkim@rosenlegal.com

Class counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VINH NGUYEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>RADIENT PHARMACEUTICALS CORPORATION AND DOUGLAS C. MACLELLAN,<br><br>Defendants. | CASE No.:CV-11-0406-DOC (MLGx)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND AWARD TO PLAINTIFFS**<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Hearing Date: April 22, 2014<br>Hearing Time: 8:30 a.m. |

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval and Notice Order of January 31, 2014 (dkt. # 130), on April 22, 2014 at 8:30 a.m., or as soon thereafter as counsel may be heard, at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Anna, CA 92701, before the Honorable David O. Carter, United States District Judge, Lead Plaintiffs, through their Counsel, will move pursuant to Fed. R. Civ. P. 23(e) for an Order: (1) awarding attorneys' fees in the amount of $700,000 and awarding Lead Plaintiffs $6,000 ($2,000 each); (2) reimbursing $421,689.87 in expenses that were incurred in prosecuting this action. Lead Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement of Settlement dated December 16, 2013; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. A [Proposed] Order approving the requested award of attorneys' fees and expenses is filed herewith.

DATED: March 24, 2014          Respectfully submitted,

                               **THE ROSEN LAW FIRM P.A**.

                               /s/ Laurence M. Rosen
                               Laurence M. Rosen (SBN 219683)
                               Phillip Kim. (admitted *pro hac vice*)
                               355 South Grand Avenue, Suite 2450
                               Los Angeles, CA 90071
                               Telephone: (213) 785-2610
                               Facsimile: (213) 226-4684
                               lrosen@rosenlegal.com
                               pkim@rosenlegal.com

1

Lead Plaintiffs' Not. of Mot. and Mot. for an Award of Attys' Fees and Reimbursement of Expenses and Award to Plaintiffs-- No-CV-11-0406-DOC (MLGx)

1
2   Lead Counsel for Lead Plaintiffs and the Class
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. I am over the age of eighteen.

On March 24, 2014, I electronically filed the attached **LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 24, 2014

/s/ Laurence Rosen
Laurence M. Rosen

3

Lead Plaintiffs' Not. of Mot. and Mot. for an Award of Attys' Fees and Reimbursement of Expenses and Award to Plaintiffs-- No-CV-11-0406-DOC (MLGx)